IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ELAINE WOOD,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 4:14-cv-73-O |
| **BANK OF AMERICA et al.,** | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF Nos. 49-50. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, Defendants' Motions for Summary Judgment (ECF Nos. 38, 44) are **GRANTED**.

**SO ORDERED** on this **18th day** of **May, 2015.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE